IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | | |
|---|---|---|
| GLINN VESSELL, | ) | No. C03-03976-JCC-MJB |
| Plaintiff, | ) | |
| v. | ) | ORDER TO AWARD ATTORNEY FEES, EXPENSES, AND COSTS |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Consistent with the joint stipulation of the parties, the Court hereby awards Plaintiff, Glinn Vessell, $12,669.26 in attorney fees, $94.93 in expenses, and $476.50 in costs under 28 U.S.C. § 2412(a), (d), for a total award of $13,240.69.

Dated this 3rd day of November, 2005.

*John C. Coughenour*
John C. Coughenour
United States District Judge

Presented by:

/s/Robert A. Friedman
Robert A. Friedman
Attorney for Plaintiff

Order - 1
[No. 03-3976-JCC]